

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00302-CR

Arturo Neri **PRADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 4217
Honorable Stephen B. Ables, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
           Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice

Delivered and Filed: July 2, 2014

DISMISSED FOR WANT OF JURISDICTION

On February 6, 2007, Appellant Arturo Neri Prado was sentenced to forty-three years in the Institutional Division of the Texas Department of Criminal Justice in trial court cause number 4217. Appellant's notice of appeal was due not later than March 9, 2007. *See* TEX. R. APP. P. 26.2(a); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). Appellant filed his notice of appeal on April 17, 2014.

Absent a timely-filed, written notice of appeal of a criminal conviction, this court lacks jurisdiction over the appeal. *Olivo*, 918 S.W.2d at 522 ("A timely notice of appeal is necessary to

invoke a court of appeals' jurisdiction."); *Shute v. State*, 744 S.W.2d 96, 97 (Tex. Crim. App. 1988). On May 13, 2014, this court issued an order directing Prado show cause why this appeal should not be dismissed for want of jurisdiction. Appellant's response, filed on June 17, 2014 provides "[n]either Appellant nor his counsel can show cause why this appeal should not be dismissed for want of jurisdiction."

This appeal is dismissed for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH